# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA K. WEBB, and TABITHA N. WEBB, | ◊ ◊ ◊ | |
| Plaintiffs, | ◊ ◊ | |
| VS. | ◊ ◊ | No. 05-1208-T/An |
| DAVID LEE WOOLFORK, | ◊ ◊ ◊ | |
| Defendant. | ◊ | |

## ORDER OF DISMISSAL

Plaintiffs Sandra K. Webb and Tabitha N. Webb filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 25, 2005, along with *in forma pauperis* affidavits. The *in forma pauperis* affidavits indicated that Tabitha N. Webb has no income or assets and is solely supported by Sandra K. Webb. However, Sandra K. Webb's affidavit failed to adequately document her assets, income and expenses, so that the Court was unable to make an informed ruling on the request for pauper status. Therefore, on October 28, 2005, the Court issued an order directing Sandra K. Webb to either pay the $250 filing fee or submit a properly completed and executed *in forma pauperis* affidavit within thirty days. Plaintiffs were warned that failure to comply with the order would result in dismissal of the action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

As of the date of this order, plaintiffs have neither paid the filing fee nor submitted a sufficient *in forma pauperis* affidavit. Therefore, this case is hereby DISMISSED, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. The Clerk of Court is directed to prepare a judgment.

IT IS SO ORDERED.

*[signature: James D. Todd]*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2 December 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01208 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Nicole Webb
PO Box 1451
Jackson, TN 38302

Sandra K. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT