# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division



SANDRA K. WEBB, and
TABITHA N. WEBB

**JUDGMENT IN A CIVIL CASE**

v.

DAVID LEE WOOLFORK            CASE NUMBER:    05-1208-T/An

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 12/07/05, this case is hereby DISMISSED for failure to prosecute, pursuant to Fed R. Civ. P. 41(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                              THOMAS M. GOULD
                              CLERK

12/12/05                  BY:  C. Head
_____               _____
DATE                           DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   12-14-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01208 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Nicole Webb
PO Box 1451
Jackson, TN 38302

Sandra K. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT